UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEAN DELIS,  ) | Case No.: 13-CV-01463-LHK |
| ) | |
| Plaintiff, ) | ORDER CONTINUING HEARING AND |
| v. ) | CASE MANAGEMENT CONFERENCE |
| ) | |
| SIONIX CORP., et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The case management conference and hearing on Defendants' Motion to Dismiss, ECF No. 7, and Motion to Quash, ECF No. 14, which were scheduled for September 5, 2013, are hereby CONTINUED to September 12, 2013, at 1:30 pm.

**IT IS SO ORDERED.**

Dated: July 13, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 13-CV-01463-LHK
ORDER CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE