**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEAN DELIS, ) | Case No.: 13-CV-01463-LHK |
| ) | |
| Plaintiff, ) | ORDER CONTINUING HEARING AND |
| v. ) | CASE MANAGEMENT CONFERENCE |
| ) | |
| SIONIX CORP., et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

The case management conference and hearing on Defendants' Motion to Dismiss, ECF No. 7, Motion to Quash, ECF No. 14, and Motion to Set Aside Default, ECF No. 33, which were scheduled for September 12, 2013, are hereby CONTINUED to September 19, 2013, at 1:30 pm.

**IT IS SO ORDERED.**

Dated: August 19, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge