**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEAN DELIS,<br><br>          Plaintiff,<br>   v.<br><br>SIONIX CORP., et al,<br><br>          Defendants. | Case No.: 13-CV-01463-LHK<br><br>ORDER CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE |

The case management conference and hearing on Defendants' Motion to Dismiss, ECF No. 7, Motion to Quash, ECF No. 14, and Motion to Set Aside Default, ECF No. 33, which were scheduled for September 12, 2013, are hereby CONTINUED to September 19, 2013, at 1:30 pm.

**IT IS SO ORDERED.**

Dated: August 19, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge