1    DAVID P. NEMECEK, JR. (State Bar No. 194402)
     david@qnlawgroup.com
2    YUNJI WILLA QIAN (State Bar No. 271723)
     willa@qnlawgroup.com
3    QIAN & NEMECEK LLP
     600 California Street, Ninth Floor
4    San Francisco, CA 94108
     Telephone:    (415) 475-2814
5    Facsimile:     (415) 520-2078
     Attorneys for Plaintiff DEAN DELIS, individually and as
6    Trustee of the DEAN DELIS REVOCABLE TRUST OF
     2004

7

                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN JOSE DIVISION
10

11

     DEAN DELIS, individually and as Trustee        Case No. C-13-01463 LHK
12   of the DEAN DELIS REVOCABLE
     TRUST OF 2004,                                 **STIPULATION AND [ PROPOSED]
13                                                  ORDER CONTINUING CASE
                                                    MANAGEMENT CONFERENCE AND
14              Plaintiffs,                          HEARINGS ON MOTION TO DISMISS,
                                                    MOTION TO SET ASIDE DEFAULT AND
15         v.                                       MOTION TO QUASH SERVICE OF
                                                    SUMMONS**
16   SIONIX CORP., JAMES CURRIER,
     DAVID R. WELLS, JAMES                          Dept.: 8
17   ALEXANDER, JOHAN PERSLOW,                      Judge: Hon. Lucy H. Koh
     FRANK POWER, ASCENDIANT
18   SECURITIES, LLC and MICHAEL
     COLE,
19
                Defendants.
20

21

22
                              **RECITALS**
23
          The Court continued the Case Management Conference as well as the hearings on the
24
     Motion to Dismiss for Improper Venue by Defendants Sionix Corp., James Currier, David R.
25
     Wells, James Alexander, Johan Perslow, and Frank Power (the "Sionix Defendants"); the Motion
26
     to Set Aside Default by Defendant David R. Wells, and the Motion to Quash Service of Summons
27
     by Defendant Ascendiant Securities, LLC to September 19, 2013.  (Dkt. No. 36).  Counsel for
28
     STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND
     HEARINGS ON MOTION TO DISMISS, MOTION TO SET ASIDE DEFAULT AND MOTION TO QUASH
                              SERVICE OF SUMMONS
                                                          CASE NO. C-13-01463 LHK

1  Plaintiff Dean Delis will be out of the country on business on that date.  The parties have

2  stipulated to move the date of the hearing for the Case Management Conference and all of the

3  aforementioned motions to a date to be selected by this Court.

4                                              **STIPULATION**

5              1.         The parties, by and through their undersigned counsel, hereby stipulate and

6  respectfully request that the Court reschedule the Case Management Conference as well as the

7  hearings on the Motion to Dismiss for Improper Venue by Defendants Sionix Corp., James

8  Currier, David R. Wells, James Alexander, Johan Perslow, and Frank Power; the Motion to Set

9  Aside Default by Defendant David R. Wells, and the Motion to Quash Service of Summons by

10  Defendant Ascendiant Securities, LLC to a date that is mutually convenient for all parties and for

11  this Court.

12              2.         For purposes of rescheduling the Case Management Conference as well as

13  the hearings on the above-referenced motions, the parties' counsel are unavailable on the

14  following dates:

| September 2013 | October 2013 | November 2013 |
|---|---|---|
| 17-24, 26, 30 | 3-4, 7-15, 17-25 | 1, 6-8, 11-22, 25-29 |

18              3.         The parties respectfully request that the Case Management Conference and

19  the hearings on the above-referenced motions described in paragraph 1 of this Stipulation be

20  scheduled to a date other than those dates listed in paragraph 2.

2

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND
HEARINGS ON MOTION TO DISMISS, MOTION TO SET ASIDE DEFAULT AND MOTION TO QUASH
SERVICE OF SUMMONS

CASE NO. C-13-01463 LHK

1

2   Dated:  September 11, 2013                    Respectfully submitted,

3                                                 BAKER & McKENZIE LLP
                                                  Colin H. Murray
                                                  Mark T. Roche
4

5
                                                  By:____/s/ Mark T. Roche_____
6                                                         Mark T. Roche
                                                  Attorneys for Defendants
7                                                 SIONIX CORP., JAMES CURRIER, DAVID
                                                  R. WELLS, JAMES ALEXANDER, JOHAN
8                                                 PERSLOW AND FRANK POWER

9   Dated:  September 11, 2013                    QIAN & NEMECEK LLP
                                                  David P. Nemecek, Jr.
10                                                Yunji Willa Qian

11

12                                                By:____/s/ David P. Nemecek, Jr._____
                                                          David P. Nemecek, Jr.
13                                                Attorneys for Plaintiff DEAN DELIS,
                                                  Individually and as Trustee of the DEAN
14                                                DELIS REVOCABLE TRUST OF 2004

15

16  Dated:  September 11, 2013                    THE DAUGHETEE LAW FIRM
                                                  Renee M. Daughetee
17

18
                                                  By:____/s/ Renee M. Daughetee_____
19                                                        Renee M. Daughetee
                                                  Attorneys for Defendant
20                                                ASCENDIANT SECURITES, LLC .

21

22

23                    **ATTESTATION OF CONCURRENCE**

24          I, David P. Nemecek, Jr., attest that I am one of the attorneys for Plaintiff Dean

25  Delis, and as the ECF user and filer of this document I attest that concurrence in the filing of this

26  document has been obtained from all of its signatories.

27  Dated:  September 11, 2013              3  By:____/s/ David P. Nemecek, Jr._____
                                                        David P. Nemecek, Jr.
28  ‖‖ STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND
        HEARINGS ON MOTION TO DISMISS, MOTION TO SET ASIDE DEFAULT AND MOTION TO QUASH
                              SERVICE OF SUMMONS
                                                        CASE NO. C-13-01463 LHK

1

**[PROPOSED] ORDER**

2        It is hereby ORDERED that the Case Management Conference, the hearings on the

3   Motion to Dismiss for Improper Venue by Defendants Sionix Corp., James Currier, David R.

4   Wells, James Alexander, Johan Perslow, and Frank Power; the Motion to Set Aside Default by

5   Defendant David R. Wells, and the Motion to Quash Service of Summons by Defendant

6   Ascendiant Securities, LLC for the above-referenced matter shall be continued to

7   _____, 2013 at __:__ __.m. in Department 8 of this Court.

8        IT IS SO ORDERED.

9

10  Dated _____, 2013                    _____

11                                               Hon. Lucy H. Koh
                                                 United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

                                         4
28